## Matthew Murphey

**From:** Matthew Murphey
**Sent:** Wednesday, March 08, 2006 11:46 AM
**To:** 'Bill Allen'
**Cc:** Kevin Lemley
**Subject:** RE: Depositions

Bill: Thanks. We will take Mr. Higginson at 10:00 a.m. Tuesday in our San Diego office. Matt

-----Original Message-----
**From:** Bill Allen [mailto:hwallen@allenlawfirmpc.com]
**Sent:** Wednesday, March 08, 2006 11:14 AM
**To:** Matthew Murphey
**Cc:** Kevin Lemley
**Subject:** RE: Depositions

Matt,
   We can produce Mr. Higginson at 10:00 a.m. Tuesday in San Diego. Please confirm.
Bill


H. William Allen
ALLEN LAW FIRM, P.C.
212 Center Street
9th Floor
Little Rock, Arkansas 72201
(501) 374-7100
(501) 374-1611 FAX
email: hwallen@allenlawfirmpc.com
------------------------------------------
NOTICE: This electronic mail transmission may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail, so that our address record can be corrected.


**From:** Matthew Murphey [mailto:MMurphy@gordonrees.com]
**Sent:** Wednesday, March 08, 2006 10:01 AM
**To:** Bill Allen
**Cc:** Kevin Lemley; Kelly, Alice A.; john.verhey@dlapiper.com; Zucker, Gregg D.; Amy Darby; Eric Jaegers
**Subject:** RE: Depositions

Bill:

In light of the court moving the hearing on our MTD to March 17, please provide us with a date for Mr. Higgenson's deposition for March 11 through 16. thanks. Matt

   -----Original Message-----
   **From:** Bill Allen [mailto:hwallen@allenlawfirmpc.com]
   **Sent:** Wednesday, March 08, 2006 9:32 AM


EXHIBIT E

**To:** Matthew Murphey
**Cc:** Kevin Lemley; Kelly, Alice A.; john.verhey@dlapiper.com; Zucker, Gregg D.; Amy Darby; Eric Jaegers
**Subject:** RE: Depositions

Matt
We have given you our two witnesses, Abee and Higginson. We should have the exhibit list 90% done today for you. We are working on the other points you have raised.
Bill


H. William Allen
ALLEN LAW FIRM, P.C.
212 Center Street
9th Floor
Little Rock, Arkansas 72201
(501) 374-7100
(501) 374-1611 FAX
email: hwallen@allenlawfirmpc.com
-------------------------------------------
NOTICE: This electronic mail transmission may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail, so that our address record can be corrected.

---

**From:** Matthew Murphey [mailto:MMurphy@gordonrees.com]
**Sent:** Wednesday, March 08, 2006 9:20 AM
**To:** Bill Allen
**Cc:** Kevin Lemley; Kelly, Alice A.; john.verhey@dlapiper.com; Zucker, Gregg D.; Amy Darby; Eric Jaegers
**Subject:** RE: Depositions

Bill:

A couple of more things:

1) On Monday I asked for your exhibit list, witness list, and for a time to meet and confer on Rule 16 requirements. I need the exhibit annd witness list today, and can you please let me know the date and time for the Rule 16 meet and confer? Thanks.

2) We need a settlement demand from your client that would resolve this (the Arkansas federal action).

Thanks. Matt

Matthew D. Murphey, Esq.
GORDON & REES, LLP
2100 Ross Avenue, Suite 2600
Dallas, Texas 75201
101 West Broadway, Ste. 2000
San Diego, California 92101
(214) 461-4050 (Dallas Main)
(214) 461-4053 (Dallas Fax)