IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS,
WESTERN DIVISION

| | |
|---|---|
| MAIL BOXES, ETC., INC., | PLAINTIFF, |
| V.    Case No. 4-06-CV-0188 (GH) | |
| PBC SERVICES, INC., TOM WEEDMAN and CANDICE WEEDMAN, | DEFENDANTS. |

### DEFENDANTS' MOTION FOR SANCTIONS FOR PLAINTIFF'S VIOLATION OF 28 U.S.C. § 1927

Pursuant to 28 U.S.C. §1927, defendants PBC Services, Inc. ("PBC"), Tom Weedman and Candice Weedman (the "Weedmans") move the Court to impose sanctions against the attorneys for plaintiff Mail Boxes Etc., Inc. ("MBE") for unreasonably and vexatiously multiplying the proceedings in the above-captioned case. In support hereof, defendants rely on the Declaration of Eric M. Jaegers which is attached hereto and incorporated herein by reference. Defendants also rely upon their Brief in Support of this motion, which is filed contemporaneously herewith.

For the reasons set forth in the accompanying brief, the Court should grant this Motion, find that plaintiff's attorneys unnecessarily and vexatiously multiplied these proceedings in bad faith, and award defendants their reasonable and necessary attorneys' fees, costs and expenses incurred as a result of such conduct.

Respectfully submitted,

GORDON & REES LLP

_____
MATTHEW D. MURPHEY
ERIC M. JAEGERS
2100 Ross Avenue, Suite 2600

Dallas, Texas 75201
214.461.4050 (Telephone)
214.461.4053 (Facsimile)
MMurphey@gordonrees.com
EJaegers@gordonrees.com

MILES D. SCULLY
AMY M. DARBY
GORDON & REES LLP
101 West Broadway, Suite 1600
San Diego, California 92101
MScully@gordonrees.com
ADarby@gordonrees.com

DAVID W. STERLING
BARBER, McCASKILL, JONES & HALE, P.A.
2700 Regions Center
400 West Capitol Avenue
Little Rock, Arkansas 72201-3414
(501) 707-6148 Direct
(501) 372-6175 Main
(501) 375-2802 Fax
dwsterling@barberlawfirm.com

ATTORNEYS FOR DEFENDANTS PBC SERVICES, INC., TOM WEEDMAN AND CANDICE WEEDMAN

## CERTIFICATE OF SERVICE

I, Eric M. Jaegers, hereby certify that I have on this 13th day of April, 2006, served a copy of the foregoing Motion for Sanctions under 28 U.S.C. § 1927 via electronic transmission and U. S. Mail to the following:

H. William Allen
Brooks C. White
Kevin M. Lemley
**Allen Law Firm, P.C.**
9th Floor, 212 Center Street
Little Rock, Arkansas 72201
Telephone: (501) 374-7100
Fax: (501) 374-1611
hwallen@allenlawfirmpc.com
bcwhite@allenlawfirmpc.com
kmlemley@allenlawfirmpc.com

Catherine M. Burkhardt
Alice A. Kelly
**DLA Piper Rudnick Gary Cary US LLP**
203 North LaSalle Street, Suite 1900
Chicago, IL 60601
Tel: (312) 368-4000
Fax: (312) 236-7516
catherine.burkhardt@dlapiper.com
Alice.Kelly@dlapiper.com

Brendan M. Starkey
**DLA Piper Rudnick Gary Cary US LLP**
1999 Avenue of the Stars, Fourth Floor
Los Angeles, CA 90067-6022
Tel: (310) 595-3129
Fax: (310) 595-3429
brendan.starkey@dlapiper.com

_____
ERIC M. JAEGERS