MBE v. Weedman:
Defendants' Attorneys Fees and Costs
IN SUPPORT OF
MOTION FOR ATTORNEYS FEES COSTS

| Date | Type | Cost Detail | Amount |
|---|---|---|---|
| 2/7/2006 | Copy Fees | Exhibits for OPP to TRO | 273.20 |
| 2/9/2006 | Copy Fees | Misc. copy fees | 414.00 |
| 2/10/2006 | Copy Fees | Misc. copy fees | 93.94 |
| 2/12/2006 | Copy Fees | Misc. copy fees | 476.68 |
| 2/13/2006 | Copy Fees | Misc. copy fees | 92.30 |
| 2/16/2006 | Copy Fees | Misc. copy fees | 127.43 |
| 2/23/2006 | Copy Fees | Exhibits for OPP to TRO | 11.55 |
| 2/27/2006 | Copy Fees | Exhibits for OPP to TRO | 22.80 |
| 3/2/2006 | Copy Fees | Misc. copy fees | 135.52 |
| 3/7/2006 | Copy Fees | Misc. copy fees | 589.13 |
| 3/7/2006 | Copy Fees | Misc. copy fees | 10.00 |
| 3/8/2006 | Copy Fees | Misc. copy fees | 9.70 |
| 3/9/2006 | Copy Fees | Misc. copy fees | 1.10 |
| 3/10/2006 | Copy Fees | Misc. copy fees | 0.10 |
| 3/11/2006 | Copy Fees | Misc. copy fees | 6.80 |
| 3/12/2006 | Copy Fees | Misc. copy fees | 16.90 |
| 3/13/2006 | Copy Fees | Misc. copy fees | 48.10 |
| 3/14/2006 | Copy Fees | Misc. copy fees | 20.70 |
| 3/15/2006 | Copy Fees | Misc. copy fees | 48.67 |
| 3/16/2006 | Copy Fees | Misc. copy fees | 173.90 |
| 3/17/2006 | Copy Fees | Misc. copy fees | 32.10 |
| 3/17/2006 | Copy Fees | Preparation of documents for production | 70.69 |
| 3/21/2006 | Copy Fees | Misc. copy fees | 54.60 |
| 3/22/2006 | Copy Fees | Misc. copy fees | 211.20 |
| 3/23/2006 | Copy Fees | Misc. copy fees | 62.25 |
| 3/13/2006 | Deposition | 3/9/06 Deposition | 1361.50 |
| 3/22/2006 | Deposition | 3/10/06 Deposition | 835.00 |
| 3/22/2006 | Deposition | 3/14/06 Deposition | 835.00 |
| 3/22/2006 | Deposition | 3/16/06 Deposition | 835.00 |
| 2/17/2006 | Fedex | Delivery of documents to local counsel | 17.73 |
| 2/23/2006 | Fedex | Delivery of documents to local counsel | 15.53 |
| 3/7/2006 | Fedex | Delivery of documents to counsel in Dallas office | 40.44 |
| 2/7/2006 | Filing Fees | Pro Hac Vice Application and fees | 360.00 |
| 2/8/2006 | Pacer Fees | Fees associated with online research on Federal Court's website | 0.08 |
| 2/8/2006 | Pacer Fees | Fees associated with online research on Federal Court's website | 0.40 |
| 2/8/2006 | Pacer Fees | Fees associated with online research on Federal Court's website | 0.08 |
| 2/8/2006 | Pacer Fees | Fees associated with online research on Federal Court's website | 0.08 |
| 2/8/2006 | Pacer Fees | Fees associated with online research on Federal Court's website | 0.08 |
| 2/8/2006 | Pacer Fees | Fees associated with online research on Federal Court's website | 0.16 |
| 2/21/2006 | Pacer Fees | Fees associated with online research on Federal Court's website | 0.08 |
| 2/21/2006 | Pacer Fees | Fees associated with online research on Federal Court's website | 0.08 |
| 2/21/2006 | Pacer Fees | Fees associated with online research on Federal Court's website | 0.32 |
| 2/21/2006 | Pacer Fees | Fees associated with online research on Federal Court's website | 0.08 |
| 2/21/2006 | Pacer Fees | Fees associated with online research on Federal Court's website | 0.08 |
| 2/24/2006 | Pacer Fees | Fees associated with online research on Federal Court's website | 0.08 |
| 2/24/2006 | Pacer Fees | Fees associated with online research on Federal Court's website | 0.08 |
| 2/24/2006 | Pacer Fees | Fees associated with online research on Federal Court's website | 1.28 |
| 2/24/2006 | Pacer Fees | Fees associated with online research on Federal Court's website | 0.08 |
| 2/24/2006 | Pacer Fees | Fees associated with online research on Federal Court's website | 0.08 |
| 2/24/2006 | Pacer Fees | Fees associated with online research on Federal Court's website | 0.40 |
| 2/24/2006 | Pacer Fees | Fees associated with online research on Federal Court's website | 0.24 |
| 2/23/2006 | Transcript | 2/13/06 Transcript | 92.40 |
| 3/13/2006 | Travel | Travel to prepare for and attend scheduled hearing and trial | 674.60 |
| 3/13/2006 | Travel | Travel to prepare for and attend scheduled hearing and trial | 674.60 |
| 3/1/2006 | Witness Fees | Appearance of Witness for scheduled deposition | 40.00 |
| 3/1/2006 | Witness Fees | Appearance of Witness for scheduled deposition | 40.00 |
| 3/1/2006 | Witness Fees | Appearance of Witness for scheduled deposition | 40.00 |
| | | **TOTAL COSTS FOR MBE V. WEEDMAN** | 8,868.92 |

EXHIBIT I

PDF created with FinePrint pdfFactory trial version http://www.fineprint.com